## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ANDRES CISNEROS, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   No. 1:18-cv-5043 |
| AUDIT SYSTEMS, INC., | ) ) ) |
|     Defendant. | ) ) |

### **NOTICE OF SETTLEMENT**

Plaintiff, ANDRES CISNEROS, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

DATED: September 10, 2018        RESPECTFULLY SUBMITTED,

By: /s/ Taylor Kosla_____
Taylor Kosla
Agruss Law Firm, LLC
4809 N. Ravenswood Ave.
Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
taylor@agrusslawfirm.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

  On September 10, 2018, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Katherine Olson, at kolson@messerstrickler.com.

              By: /s/ Taylor Kosla_____
                 Taylor Kosla