**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANDRES CISNEROS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:18-cv-5043 |
| | ) |
| AUDIT SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION TO DISMISS**

Plaintiff, ANDRES CISNEROS, and Defendant, AUDIT SYSTEMS, INC., through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

DATED: September 27, 2018

RESPECTFULLY SUBMITTED,

By: /s/ Taylor Kosla
Taylor Kosla
4809 N. Ravenswood Ave, 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
taylor@agrusslawfirm.com
Attorney for Plaintiff

By: /s/ Katherine Olson
Katherine Olson
225 W. Washington, Suite 575
Chicago, IL 60606
Telephone: (312) 334-3469
kolson@messerstrickler.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      On September 27, 2018, I electronically filed the Stipulation to Dismiss with the Clerk of the U.S. District Court, using the CM/ECF system which will provide notice to all parties of record.

By: /s/ Taylor Kosla
Taylor Kosla